IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MICHAEL FRANCIS REED ALLEN, )
                              )
                Plaintiff,    )
                              )
        vs.                   )          No. CIV-11-78-C
                              )
OKLAHOMA DEPARTMENT OF        )
CORRECTIONS, et al.,          )
                              )
                Defendants.   )

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on March 8, 2011. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 11) is adopted, the Oklahoma Department of Corrections is dismissed without prejudice, and the Lexington Assessment and Reception Center (incorrectly styled as the Lexington Correctional Center) is dismissed with prejudice.

IT IS SO ORDERED this 31st day of March, 2011.

ROBIN J. CAUTHRON
United States District Judge